Vilia B. Hayes (509039)
Robb W. Patryk (508020)
Charles W. Cohen (510453)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
TERRIE J. WATKINS,                                :
                                                  :
                              Plaintiff,          :   No.:
                                                  :
              -against-                           :   **Rule 7.1 Statement**
                                                  :
MERCK & CO., INC.,                                :
                                                  :
                              Defendant.          :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that it has no parent companies and is not aware of any beneficial owner of more than ten percent of its Common Stock.

NY 1160044_1.DOC

Dated: New York, New York
       May 31, 2007

                              Respectfully submitted,

                              HUGHES HUBBARD & REED LLP

                              By: _____
                                  Vilia B. Hayes (509039)
                                  Robb W. Patryk (508020)
                                  Charles W. Cohen (510453)

                              One Battery Park Plaza
                              New York, New York 10004-1482
                              (212) 837-6000

                              *Attorneys for Defendant Merck & Co., Inc.*

NY 1160044_1.DOC