Vilia B. Hayes (509039)
Robb W. Patryk (508020)
Charles W. Cohen (510453)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRIE J. WATKINS, | No. 07 Civ 0590 |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| MERCK & CO., INC., | |
| Defendant. | |

    I hereby certify that on this 6th day of June, 2007, I caused a copy of the foregoing NOTICE OF REMOVAL OF DEFENDANT MERCK & CO., INC to be served via first-class mail, postage prepaid, on the following:

        Brian A. Goldstein, Esq.
        The Barnes Firm, P.C.
        17 Court Street, 7th Floor
        Buffalo, New York 14202-3290

    The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

    Deponent is over the age of 18 years and not a party to this action.

    I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on June 6, 2007

                                                            Sarah A. Binder