CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of June, 2007, I caused a copy of the foregoing ANSWER AND AFFIRMATIVE DEFENSES OF DEFENDANT MERCK & CO., INC; DEMAND FOR JURY TRIAL to be served via first-class mail, postage prepaid, on the following:

> Brian A. Goldstein, Esq.
> The Barnes Firm, P.C.
> 17 Court Street, 7th Floor
> Buffalo, New York 14202-3290

The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on June 8, 2007

_____
Sarah A. Binder

NY 1163603_1.DOC