Vilia B. Hayes (509039)
Robb W. Patryk (508020)
Charles W. Cohen (510453)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------ x
:
TERRIE J. WATKINS,                               :   Civ. No.: 07 Civ 0590 (TJM-DEP)
                                                 :
                        Plaintiff,               :
                                                 :   **DECLARATION OF SERVICE AND**
        -against-                                :   **FILING**
                                                 :
MERCK & CO., INC.,                               :
                                                 :
                        Defendant.               :
                                                 :
------------------------------------------------ x

Pursuant to 28 U.S.C. § 1746, SARAH A. BINDER declares:

1.  I am over the age of 18 years and I am not a party to this action. I am associated with the firm of Hughes Hubbard & Reed LLP, counsel for Defendant Merck & Co., Inc.

2.  On June 5, 2007, the Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the United States District Court for the Northern District of New York.

3.  On June 6, 2007, I caused a true and accurate copy of the Notice of Removal and the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. to be served via first-class mail, postage prepaid, on plaintiff's counsel, Brian A.

NY 1160087_1.DOC

Goldstein, Esq., The Barnes Firm, PC, 17 Court Street, 7th Floor, Buffalo, New York 14202-3290.

4. On June 8, 2007, I caused a true and accurate copy of the Answer and Jury Demand of Defendant Merck & Co., Inc. to be served via first-class mail, postage prepaid, on plaintiff's counsel, Brian A. Goldstein, Esq., The Barnes Firm, PC, 17 Court Street, 7th Floor, Buffalo, New York 14202-3290.

5. On June 7, 2007, the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the Supreme Court of the State of New York, County of Tioga.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Sarah A. Binder

NY 1160087_1.DOC